# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ronald McGill,

    Plaintiff,

vs.

Chris Depinto, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:10-cv-331-GCM

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 17, 2011 Order.

Signed: June 17, 2011

Frank G. Johns, Clerk
United States District Court